UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATHEW D. BAIR,<br>    Plaintiff, | CASE NO.: 1:18-cv-937 |
| v. | |
| DANIEL CRAVEN, *et al.*, | JUDGE: Christopher C. Conner |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO

## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

It is hereby STIPULATED and AGREED by and between the undersigned counsel that Plaintiff voluntarily withdraws with prejudice any and all claims asserted against all Defendants in the above-captioned matter.

**MARSHALL DENNEHY WARNER COLEMAN & GOGGIN**

**KELLEY LAW, LLC.**

By: _____
John P. Gonzalez, Esquire
*Attorney for Defendants City of York, Craven, Irvin, Smith and Kahley*

By: _____
Thomas H. Kelley, Esquire
*Attorney for Plaintiff, Bair*

BY THE COURT:

_____
J.

1