

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATHEW D. BAIR, | : | CASE NO.: 1:18-cv-937 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | JUDGE: Christopher C. Conner |
| DANIEL CRAVEN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO

## **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

It is hereby STIPULATED and AGREED by and between the undersigned counsel that Plaintiff voluntarily withdraws with prejudice any and all claims asserted against all Defendants in the above-captioned matter.

| | |
|---|---|
| **MARSHALL DENNEHY WARNER COLEMAN & GOGGIN** | **KELLEY LAW, LLC.** |
| By: _____ | By: _____ |
| John P. Gonzalez, Esquire | Thomas H. Kelley, Esquire |
| *Attorney for Defendants City of York, Craven, Irvin, Smith and Kahley* | *Attorney for Plaintiff, Bair* |

BY THE COURT:

_____ 4/2/19
J.